IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


WILLIE L SAMS,

    Plaintiff,
v.	CASE NO. 1:06-cv-00064-MP-AK

MICHAEL J ASTRUE,
JO ANNE B BARNHART,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 12, Report and Recommendation of the Magistrate Judge, recommending that the decision of the commissioner, denying benefits, be affirmed.  The time for filing objections has passed, and none have been filed.  The Court agrees with the Magistrate Judge that the ALJ properly expressed his reasons for discrediting the opinion of treating physician Dr. Smith, specifically finding that his responses to a form inquiry that Plaintiff had marked limitations was not supported by treatment notes and inconsistent with the opinion of the specialist Dr. Smith referred Plaintiff to, who found nothing remarkable about Plaintiff's condition. Further, Plaintiff's use of over the counter medication does not support marked pain and the fact that Dr. Smith did not prescribe more powerful pain medication did not support his own findings. The MRI did not show any neurological disease. As far as the

*Page 2 of 2*

hypothetical to the vocational expert, the ALJ is not required to include limitations that he does not find credible.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation is adopted and incorporated herein.

    2.    The decision of the Commissioner, denying benefits, is affirmed.

    **DONE AND ORDERED** this _25th_ day of September, 2007

                 *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge